granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Arthur J. Mandell* for petitioner. *Stanley Hornsby* for respondent.

No. 446. CREIGHTON STATIONERY CO. ET AL. *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. *Frank J. Filippi* for petitioners. *Delger Trowbridge* for Sutton, respondent.

No. 448. SHELL OIL CO. *v.* SULLIVAN ET AL. C. A. 9th Cir. Certiorari denied. *Clifford Burnhill* and *John S. Cooper* for petitioner. *Charles O. Bruce* for respondents.

No. 451. RAWDON, PRESIDENT, BOARD OF TRUSTEES, MANSFIELD INDEPENDENT SCHOOL DISTRICT, ET AL. *v.* JACKSON ET AL. C. A. 5th Cir. Certiorari denied. *R. K. Hanger* and *E. A. Cantey* for petitioners.

No. 452. SACHS, DOING BUSINESS AS ATLANTIC LIQUOR WHOLESALERS, *v.* BROWN-FORMAN DISTILLERS CORP. C. A. 2d Cir. Certiorari denied. *Sydney Krause* for petitioner. *Thomas Kiernan* for respondent.

No. 454. CAPITAL NATIONAL BANK IN AUSTIN, TEXAS, ET AL. *v.* LOONEY ET AL. C. A. 5th Cir. Certiorari denied. *Coleman Gay* and *R. Dean Moorhead* for petitioners.